**No. 49089.**—Protest 13265–K of New Victoria Importing Co. (Los Angeles).

Opinion by EKWALL, J. The record failed to support the allegations in the pleadings. The claims were therefore overruled.

**No. 49090.**—Protest 13268–K of W. X. Huber Co. (Los Angeles).

Opinion by EKWALL, J. From the record it was apparent that this issue is the same as that involved in *Huber* v. *United States* (11 Cust. Ct. 44, C. D. 790). In accordance therewith plaintiff's claims were all overruled.

**No. 49091.**—Protest 13269–K of New Victoria Importing Co. (Los Angeles).

Opinion by EKWALL, J. The record disclosed that the so-called duress certificate bore no signature. From the facts presented it was found that this case falls squarely within the ruling of *Huber* v. *United States* (11 Cust. Ct. 44, C. D. 790). The plaintiff's claims were therefore overruled.

**No. 49092.**—Protest 46789–K of Artmart Linen Co., Inc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.